```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                          |   |                      |
|--------------------------|---|----------------------|
| **RAUL GALVAN,**         | ) |                      |
| **Plaintiff,**           | ) |                      |
|                          | ) |                      |
| v.                       | ) | Civil Action No.     |
|                          | ) | 19-11561-NMG         |
| **STEPHEN SPAULDING, WARDEN,** | ) |                |
| **Defendant.**           | ) |                      |

**ORDER**

**GORTON, J.**

On July 17, 2019, Raul Galvan, while confined to FMC Devens, filed his "Emergency Medical Complaint" accompanied by motions for preliminary injunction and to proceed in forma pauperis. By Memorandum and Order dated September 19, 2019, the court denied plaintiff's motions for preliminary injunction and for leave to proceed in forma pauperis. Galvan was directed to file an amended complaint and renewed motion for leave to proceed in forma pauperis. The Order stated that failure to comply will result in dismissal of the action without prejudice.

To date, Galvan has not responded to the Court's Order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action

sua sponte for a party's failure to prosecute his action and his failure to follow the court's Orders. Fed. R. Civ. P. 41(b).

Accordingly, for the failure to comply with the September 19, 2019 Memorandum and Order, this action is hereby DISMISSED WITHOUT PREJUDICE.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: November 4, 2019